Commonwealth *v.* Kithcart, Appellant.

Argued March 28, 1973. *Michael L. Levy,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Linda West Conley* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.